IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD C. KOLESAR, | |
| Plaintiff, | 1:20cv0017 Erie<br>LEAD CASE |
| v. | |
| BEST MADE COMPANY LLC, | |
| Defendant. | |
| THOMAS KLAUS, RONALD C. KOLESAR, | |
| Plaintiffs, | 1:20cv0018 Erie<br>MEMBER CASE |
| v. | |
| JEKYLLHYDE APPAREL LLC, | |
| Defendant. | |
| RONALD C. KOLESAR, | |
| Plaintiff, | 1:20cv0019 Erie<br>MEMBER CASE |
| v. | |
| GRAYERS AMERICA, INC., | |
| Defendant. | |
| RONALD C. KOLESAR, | |
| Plaintiff, | 1:20cv0020 Erie<br>MEMBER CASE |
| v. | |
| KROTO INC., | |
| Defendant. | |

| | |
|---|---|
| RONALD C. KOLESAR AND THOMAS KLAUS, | |
| Plaintiffs, | 20cv0021 Erie<br>MEMBER CASE |
| v. | |
| HUMAN UNLIMITED, INC. | |
| Defendant. | |

| | |
|---|---|
| RONALD C. KOLESAR, | |
| Plaintiff, | 1:20cv0024 Erie<br>MEMBER CASE |
| v. | |
| RUGGABLE LLC, | |
| Defendant. | |

| | |
|---|---|
| THOMAS KLAUS, RONALD C. KOLESAR, | |
| Plaintiffs, | 1:20cv0025 Erie<br>MEMBER CASE |
| v. | |
| BYLT, LLC, | |
| Defendant. | |

| | |
|---|---|
| THOMAS KLAUS, RONALD C. KOLESAR, | |
| Plaintiffs, | 1:20cv0031 Erie<br>MEMBER CASE |
| v. | |
| AETHER, LLC, | |
| Defendant. | |

| | |
|---|---|
| ROBERT JAHODA, | |
| Plaintiff, | 20cv0128 |
| | MEMBER CASE |
| v. | |
| LTD COMMODITIES, LLC, AMERIMARK DIRECT, LLC, | |
| Defendants. | |

| | |
|---|---|
| ROBERT JAHODA and THOMAS KLAUS, | |
| Plaintiffs, | 20cv0129 |
| | MEMBER CASE |
| v. | |
| CATCH SURFBOARD CO., LLC, | |
| Defendant. | |

| | |
|---|---|
| ROBERT JAHODA and THOMAS KLAUS, | |
| Plaintiffs, | 20cv0132 |
| | MEMBER CASE |
| v. | |
| THE CITIZENRY, INC., | |
| Defendant. | |

| | |
|---|---|
| ROBERT JAHODA and THOMAS KLAUS | |
| Plaintiffs, | 20cv0143 |
| | MEMBER CASE |
| v. | |
| TAYLOR STITCH, LLC, | |
| Defendant. | |

ROBERT JAHODA,

       Plaintiff,                              20cv0166
                                                  MEMBER CASE

       v.

RUMPL, INC.,

       Defendant.

---

THOMAS KLAUS, ROBERT JAHODA,

       Plaintiffs,                             20cv0167
                                                  MEMBER CASE

       v.

OUTERKNOWN, LLC,

       Defendant.

---

ROBERT JAHODA,

       Plaintiff,                                20cv0168
                                                  MEMBER CASE

       v.

TOPIX PHARMACEUTICALS INC.,

       Defendant.

---

THOMAS KLAUS *And* ROBERT JAHODA

       Plaintiffs,                             20cv0184
                                                  MEMBER CASE

       v.

DUCK HEAD APPAREL COMPANY, INC.
*c/o K. Scott Grassmyer*,

       Defendant.

ROBERT JAHODA

        Plaintiff,                          20cv0185
                                                    MEMBER CASE

               v.

BRANDLESS, INC.,

        Defendant.

---

ROBERT JAHODA,

        Plaintiff,                          20cv0190
                                                    MEMBER FILED

               v.

TYPSY ELVES LLC,

        Defendant.

---

THOMAS KLAUS, ROBERT JAHODA,

        Plaintiff,                          20cv0191
                                                    MEMBER FILED

               v.

UPRIGHT TECHNOLOGIES, INC.,

        Defendant.

---

ROBERT JAHODA,

        Plaintiff,                          20cv0192
                                                    MEMBER FILED

               v.

ABG-TRETORN, LLC,

        Defendant.

## **ORDER OF COURT**

IT IS HEREBY ORDERED that the parties shall proceed as follows:

1. Civil Action Nos. Civil Action Nos. 20-18 Erie, 20-19 Erie, 20-20 Erie, 20-21 Erie, 20-24 Erie, 20-25 Erie, 20-31 Erie, 20-128, 20-129, 20-132, 20-143, 20-166, 20-167, 20-168, 20-184, 20-185, 20-190, 20-191 and 20-192.

    are hereby consolidated with **Civil Action No. 20-17 Erie**, the lead case as captioned above.

1. All pleading, motions, and other papers hereafter filed shall be filed at **Civil Action No. 20-17 Erie**.

2. The Clerk of Court shall **close** Civil Action Nos. 20-18 Erie, 20-19 Erie, 20-20 Erie, 20-21 Erie, 20-24 Erie, 20-25 Erie, 20-31 Erie, 20-128, 20-129, 20-132, 20-143, 20-166, 20-167, 20-168, 20-184, 20-185, 20-190, 20-191 and 20-192.

.

      **SO ORDERED** this 12th day of February, 2020.

      s/Arthur J. Schwab
      Arthur J. Schwab
      United States District Judge